UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION


DOUGLAS JOHNSON                    ]
        Plaintiff,                 ]
                                   ]        GENERAL DOCKET
v.                                 ]        No. 3:11-mc-0015
                                   ]        JUDGE HAYNES
CCA METRO DAVIDSON COUNTY          ]
DETENTION FACILITY                 ]
        Defendant.                 ]


O R D E R


The Court has before it a *pro se* prisoner complaint (Docket
Entry No.1) under 42 U.S.C. § 1983. Plaintiff has neglected,
however, to either pay the fee required for the filing of the
complaint ($350) or submit a properly completed application to
proceed *in forma pauperis*.

Accordingly, Plaintiff is hereby **GRANTED** thirty (30) days from
the date of entry of this order on the docket in which to either
pay the civil filing fee of three hundred fifty dollars ($350.00)
or submit an application to proceed *in forma pauperis* along with a
certified copy of his inmate trust account statement for the
previous six month period. 28 U.S.C. § 1915(a)(2). The Clerk will
provide the Plaintiff with a blank application to proceed *in forma
pauperis* with a copy of Administrative Order No. 93.

Plaintiff is forewarned that, should he fail to comply with

these instructions within the specified period of time, the Court will presume that he is not a pauper, assess the filing fee and order its collection from his inmate trust account, and dismiss the instant action for want of prosecution. <u>McGore v. Wrigglesworth</u>, 114 F.3d 601, 606 (6th Cir. 1997).

It is so **ORDERED**.

**ENTERED** this the 18 day of March, 2011.


WILLIAM J. HAYNES, JR.
United States District Judge